IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:08CR179 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JESSIE MIX, ) | |
| ) | |
| Defendant. ) | |

Upon the oral motion (#16) of the defendant,

**IT IS ORDERED** that the Change of Plea hearing is continued to **Tuesday, August 26, 2008 at 3:00 P.M.,** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **August 21, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 21st day of August 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge